# Third District Court of Appeal

## State of Florida

Opinion filed February 1, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0069
Lower Tribunal No. 18-26789
_____

**Mar y Sol Restrepo Tobon, et al.,**
Appellants,

vs.

**Amulen, LLC, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

Troutwine Law Group, LLC, and Tonia M. Troutwine, for appellants.

The Bravo Law Firm, PLLC, and Jason Bravo, for appellees.

Before FERNANDEZ, C.J., and SCALES, and LINDSEY, JJ.

PER CURIAM.

Affirmed.